**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>Khadija Sesay<br><br>Debtor | Chapter 13<br><br>Case No. 18-11009-BFK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(e) & §1308(a)** - Failure to File Tax Returns at Time of 341. Debtor has not filed 2017 tax returns.

**Violation of 11 U.S.C. §109(e)** - Debtor has no verifiable regular income based on 2016 tax returns; Debtor had negative income on that (-$27,000.00). Debtor shows no prior year's income at all on Statement of Financial Affairs, Number 4, and affirmatively stated on that schedule that she had no income whatsoever during this calendar year or the prior two calendar years.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court

**Notice and Motion to Dismiss**
Khadija Sesay, Case #18-11009-BFK

will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on May 31, 2018 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste. 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __April 19, 2018_____          __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman
                                      Chapter 13 Trustee
                                      300 N. Washington Street, #400
                                      Alexandria, VA 22314
                                      (703) 836-2226
                                      VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of April, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Khadija Sesay                         Bobbie U. Vardan
Chapter 13 Debtor                     Attorney for Debtor
9772 Main Street                      PO Box 25
Fairfax, VA 22031                     Great Falls, VA 22066
                                              ___/s/ Thomas P. Gorman_____
                                              Thomas P. Gorman