IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| GILLOM SMITH ) | |
| JACQUELINE D SMITH ) | CHAPTER 11 |
| ) | Case No. 10-20105-SSM |
| ) | |
| Debtors ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please note that Unit Owners Association of Victoria Crossings at Manchester Lakes, A Condominium, creditor in this matter, is represented by counsel as listed below and requests notice of all filings in this matter.

Respectfully Submitted,

UNIT OWNERS ASSOCIATION OF VICTORIA
CROSSINGS AT MANCHESTER LAKES, A
CONDOMINIUM

/s/ Alexandra Spaulding
Alexandra Spaulding, VSB#48800
CHADWICK, WASHINGTON,
MORIARTY, ELMORE & BUNN, PC
9990 FAIRFAX BOULEVARD, SUITE 200
FAIRFAX, VIRGINIA 22030
(703) 352-1900
(703) 352-5293 (facsimile)